Bruce B. Osterstrom, Esq. (#97778)
BRUCE B. OSTERSTROM, A.P.C.
245 Fischer Avenue, Suite A-1
Costa Mesa, California  92626
Telephone (714) 241-1664
Telecopier (714) 966-2490

Attorneys for Plaintiff PACIFIC
BUSINESS CAPITAL CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BUSINESS CAPITAL CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BIRMINGHAM INDUSTRIAL CONTROLS, INC.; BIC SWITCHGEAR SERVICES, INC.; BIC NUCLEAR, INC.; MARK WOOD, an individual<br><br>**Defendants.** | CASE NO.  CV 99-3055 FMC (RCx)<br><br>**RENEWAL OF DEFAULT JUDGMENT BY CLERK** |

Based upon the Application for Renewal of Judgment of the original judgment, and pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and California Code of Civil Procedure §§ 639.110 - 683.320 and good cause appearing, therefore:

The default judgment entered jointly and severally on August 7, 2002 against defendants, MARK WOOD, an individual; BIRMINGHAM INDUSTRIAL CONTROLS, INC.; BIC SWITCHGEAR SERVICES, INC.; and BIC NUCLEAR, INC. is hereby renewed on the amounts set forth below:

Authorized by Attorney Bruce Osterstrom on 7/12/12 to remove amount of $58.00.

**Renewal of Money Judgment**

| | | | |
|---|---|---|---:|
| a. | Total judgment | . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $212,029.21 |
| b. | Costs after judgment | . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 58.00 |
| c. | Attorney fees | . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| d. | Subtotal (add a and b) | . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $212,087.21 |
| e. | Credits after judgment | . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| f. | Subtotal (subtract d from c) | . . . . . . . . . . . . . . . . . . . . . . . . . . . | $212,087.21 |
| g. | Interest after judgment | . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 38,273.97 |
| h. | Fee for filing renewal application | . . . . . . . . . . . . . . . . . . . . | 0.00 |
| i. | **Total renewed judgment** | . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **$250,361.18** |
| | | | $250,303.18 |

DATED: July 12, 2012

Lori Muraoka,     Deputy Clerk
Clerk of the Court
U.S. District Court

RENEWAL OF DEFAULT JUDGMENT BY CLERK